FRANCIS TORRENCE (State Bar No. 154653)
francis.torrence@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Petitioners
KRISTINA WILSON and
UPSTATE VETERINARY SPECIALTIES, PLLC

FILED
2013 NOV 27 P 2:13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*In re: Request for DMCA Subpoena.*

Case No. CV 13 80 272 RS

**DECLARATION OF FRANCIS TORRENCE IN SUPPORT OF REQUEST FOR ISSUANCE OF SUBPOENA TO SCRIBD, INC. PURSUANT TO 17 U.S.C. § 512(h)**

I, Francis Torrence, hereby declare as follows:

1. I am licensed to practice law in the State of California and am admitted to the bar of the United States District Court for the Northern District of California. I am an attorney at the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP, counsel or authorized agent for Kristina Wilson, Matthew Hart, and Upstate Veterinary Specialties, PLLC (together, the "Copyright Owners"). I submit this Declaration in Support of the Copyright Owners' Request for Issuance of a DMCA Subpoena to Scribd, Inc. Pursuant to 17 U.S.C. § 512(h).

2. The purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and such information will only be used for the purpose of protecting rights under U.S.C. § 101, *et seq.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. This Declaration is executed on the 27th day of November, 2013 at San Francisco, California.

FRANCIS TORRENCE