AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

RS

In re: Request for DMCA Subpoena )
*Plaintiff* )
v. ) Civil Action No. CV 13 80 272MISC
)
) (If the action is pending in another district, state where:
*Defendant* ) District of )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Scribd, Inc., c/o Jason Bentley, Agent Designated to Receive Notification of Claimed Infringement
539 Bryant St., Suite 200, San Francisco, CA 94107

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Attachment A.

| Place: Wilson Elser Moskowitz Edelman & Dicker LLP<br>525 Market Street<br>17th Floor<br>San Francisco, CA 94105 | Date and Time:<br>12/11/13, 10:00 AM |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11-27-13

RICHARD W. WIEKING
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*
Felicia Reloba

OR

*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Kristina Wilson and Upstate Veterinary Specialties, PLLC , who issues or requests this subpoena, are:

5857327v.1

Francis J. Torrence; Wilson Elser Moskowitz Edelman & Dicker LLP, 525 Market Street, 17th Floor, San Francisco, CA 94105; Francis.Torrence@wilsonelser.com; (415) 625-9325

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This subpoena for *(name of individual and title, if any)* ____________________
was received by me on *(date)* __________ .

☐ I served the subpoena by delivering a copy to the named person as follows: ____________________

____________________ on *(date)* __________ ; or

☐ I returned the subpoena unexecuted because: ____________________
____________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT A**:

Documents sufficient to identify the person or persons posting content to Scribd.com under the user/account name "EvilMary" available at the following URL: http://www.scribd.com/doc/185739008/The-Exposure-and-Humiliation-of-Dr-Kristina-Wilson-Hart, including without limitation the true name(s), street address(es), email address(es), IP address(es), telephone number(s), and any other identifying information possessed by or reasonably available to Scribd, Inc.